# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-609
Lower Tribunal No. 19-CA-131-XX

_____

DOMENICO BOSCO and BARBARA GALLONE,

Appellants,

v.

GLOBAL PROPERTIES OF NAPLES, LLC, et al.,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and GANNAM, JJ., concur.


David W. Brill and Joseph J. Rinaldi, Jr., of Brill & Rinaldi, The Law Firm, Weston, for Appellants.

Francesca M. Stein, Therese A. Savona, of Cole, Scott & Kissane, P.A., Orlando, and Lissette Gonzalez, Cole, Scott & Kissane, P.A., Miami, for Appellee, Global Properties of Naples, LLC.

No Appearance for Appellees, James Shucart and Christopher Shucart.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED